1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8             UNITED STATES DISTRICT COURT
       FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    EASTERN DIVISION

10

11 MIKE BOWAMN,                    )  CASE NO.: EDCV 24-00858 MAA
                                   )
12         Plaintiff,              )  [~~PROPOSED~~] ORDER AWARDING
                                   )  EAJA FEES
13      v.                         )
                                   )
14 MARTIN J. O'MALLEY,             )
   Commissioner of Social Security )
15 Administration,                 )
                                   )
16         Defendant.              )
                                   )
17 _____ )

18     Based upon the parties' Stipulation for Award and Payment of Equal Access
19 to Justice Act (EAJA) Fees ("Stipulation"),
20     **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the
21 Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND
22 SEVEN HUNDRED SEVENTY DOLLARS and 09/cents ($4,770.09), as
23 authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the
24 Stipulation.
25     DATED:  12/04/24
                                      _____
                                      HONORABLE MARIA A. AUDERO
26                                    UNITED STATES MAGISTRATE JUDGE

27

28

1